UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| ARCELORMITTAL STAINLESS BELGIUM N.V., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> ALLEGHENY LUDLUM <br> Def.-Int. | Before: Richard K. Eaton, Judge <br><br> Court No. 08-00434 |

ORDER

Upon consideration of the Court's order of March 12, 2010, it is hereby

ORDERED that this matter is remanded to the Department of Commerce ("Commerce") to determine whether stainless steel plate in coils ("SSPC") with a nominal thickness of 4.75 millimeters but an actual thickness of less than 4.75 millimeters is subject to the antidumping duties orders covering SSPC from Belgium, Italy, South Africa, South Korea and Taiwan, and the countervailing duty orders covering SSPC from Belgium and South Africa; and it is further

ORDERED that, in making this determination, Commerce shall apply 19 C.F.R. § 351.225, in conjunction with the decisions of the United States Court of Appeals for the Federal Circuit in *Dufuerco Steel Inc. V. United States*, 296 F.3d 1087 (Fed. Cir.

Court No. 08-00434                                                     Page 2

2002) and *Tak Fat Trading Co. v. United States*, 396 F.3d 1378 (Fed. Cir. 2005), keeping in mind the three step process as laid out in *Dufuerco* stating that Commerce: (1) "must first consider whether the underlying petitions cover the product[;]" (2) "if the petitions are ambiguous, Commerce must examine the preliminary and final determinations, prior notices of initiation, and any available ITC publications[;]" and (3) "[i]f the scope of the particular product is still unclear, Commerce must look to other criteria, including an analysis of the so-called *Diversified Products* criteria." *Dufuerco*, 296 F.3d at 1096, citing 19 C.F.R. § 351.225(d) & (k) (2009) (other internal citations omitted); and it is further

ORDERED that Commerce shall file its remand results no later than ninety (90) days after the date of this order; comments by the parties on the remand results shall be filed within thirty (30) days after Commerce files the remand results; and any responsive comments shall be due within thirty (30) days of the date that the initial comments are due.

                                              /S/    Richard K. Eaton
                                                               Judge

Dated:    March 30, 2010
         New York, New York

## NOTICE OF ENTRY AND SERVICE

This is a notice that an order or judgment was entered in the docket of this action, and was served upon the parties on the date shown below.

Service was made by depositing a copy of this order or judgment, together with any papers required by USCIT Rule 79(c), in a securely closed envelope, proper postage attached, in a United States mail receptacle at One Federal Plaza, New York, New York 10278 and addressed to the attorney of record for each party at the address on the official docket in this action, except that service upon the United States was made by personally delivering a copy to the Attorney-In-Charge, International Trade Field Office, Civil Division, United States Department of Justice, 26 Federal Plaza, New York, New York 10278 or to a clerical employee designated, by the Attorney-In-Charge in a writing filed with the clerk of the court.

or

Service was made electronically, by the Court's CM/ECF system, upon those parties that have filed a Notice of Consent to Electronic Service.

Tina Potuto Kimble
Clerk of the Court

Date: March 31, 2010        By: /s/ Casey A. Cheevers
                                 Deputy Clerk